IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-327
)
ANTHONY N. JACKSON )
JAMAL S. WILLIAMS )

ORDER

AND NOW, to wit, this 13th day of November, 2006, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives shall forthwith destroy the following weapons:

(a) Glock pistol, Model 27, .40 caliber, serial number EWS867US

(b) Ruger pistol, Model P97DC, .45 caliber, serial number 66338744

_____
UNITED STATES DISTRICT JUDGE

cc: William C. Kaczynski, Esquire
    Jay J. Finkelstein, AFPD
    United States Attorney